No. 507. ROSENBLOOM *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

No. 508. MARKS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *David G. Housman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 509. H. ROUW Co. *v.* MISSOURI PACIFIC RAILROAD Co. C. A. 5th Cir. Certiorari denied. *Sawnie B. Smith* for petitioner. *Harry L. Hall* for respondent.

No. 510. SYRES ET AL. *v.* OIL WORKERS INTERNATIONAL UNION, LOCAL No. 23, ET AL. C. A. 5th Cir. Certiorari denied. *Roberson L. King* for petitioners. *Chris Dixie* for the Oil Workers International Union, Local 23, et al., and *Joseph H. Sperry, Quentin Keith* and *John E. Bailey* for the Gulf Oil Corporation, respondents.

No. 513. COURTNEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Maurice Edelbaum* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 523. BECKER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Bruno Schachner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Lawrence K. Bailey* for the United States.